

# The Attorney General
## of Texas

### Austin 11, Texas

**WILL WILSON**
**ATTORNEY GENERAL**

February 17, 1960

Honorable Zollie Steakley
Secretary of State
Capitol Station
Austin, Texas

Dear Mr. Steakley:

Opinion No. WW-803

Re: Authority of the Secretary
    of State to accept and file
    proposed Articles of In-
    corporation containing the
    clause that the purpose of
    the corporation is "to sup-
    port and make contributions
    to any religious, charitable,
    scientific or educational
    undertaking or organization."

You have requested an opinion on the following questions:

"The opinion of your office is respectfully requested concerning the authority of this office to accept and file the charter of a proposed non-profit corporation containing a purpose clause stated generally as follows:

"'The purpose for which the corporation is organized is to support and make contributions to any religious, charitable, scientific or educational undertaking or organization.'

". . .

"1. Should the Secretary of State accept and file the proposed Articles of Incorporation with the general purpose clause stated above?

"2. If Question No. 1 is answered in the affirmative, should the Secretary

of State require an elaboration or a
detailed statement as to the manner in
which the corporation will engage in or
carry out its authorized purposes in
order to determine whether the corpora-
tion is exempt from franchise taxes?"

Subdivision A of Article 2.01, Texas Non-Profit
Corporation Act (House Bill 145, Acts of the 56th Legisla-
ture, Regular Session, 1959, Chapter 162, page 286, pro-
vides in part:

"A.  Except as hereinafter in this
Article expressly excluded herefrom, non-
profit corporations may be organized under
this Act for any lawful purpose or purposes,
which purposes shall be fully stated in the
articles of incorporation.  Such purpose or
purposes may include, without being limited
to, any one or more of the following:  chari-
table, benevolent, religious, eleemosynary,
patriotic, civic, missionary, educational,
scientific, social, fraternal, athletic,
aesthetic, agricultural and horticultural;
and the conduct of professional, commercial,
industrial, or trade associations; and ani-
mal husbandry.  . . ." (Emphasis added).

It is noted that the purpose stated in the Articles
of Incorporation submitted with your request is for specific
purposes named in the Act and, therefore, states a lawful
purpose.  It is, therefore, our opinion that you are author-
ized to accept and file the Articles of Incorporation.

In answer to your second question, you are author-
ized to require such information as is necessary for you
to determine whether the corporation is exempt from fran-
chise taxes.

## SUMMARY

The Secretary of State is authorized
to accept and file proposed Articles
of Incorporation containing the clause

Honorable Zollie Steakley, page 3 (WW-803).

> that its purpose is "to support and make contributions to any religious, charitable, scientific or educational undertaking or organization," as this clause constitutes a full statement of the purpose of the corporation as required by Article 2.01 of the Texas Non-Profit Corporation Act.

Yours very truly,

WILL WILSON
Attorney General of Texas

By *John Reeves*
John Reeves
Assistant

JR:mfh

APPROVED:

OPINION COMMITTEE
W. V. Geppert, Chairman

Charles D. Cabaniss

Tom I. McFarling

J. Arthur Sandlin

REVIEWED FOR THE ATTORNEY GENERAL
BY: Leonard Passmore